

# NUMBER 13-21-00430-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE MARK A. CANTU

### On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Order Per Curiam

On December 7, 2021, relator Mark A. Cantu filed a pro se petition for writ of mandamus through which he alleges that the assigned judge erred in continuing to preside over trial court cause number C-4003-19-A in the 92nd District Court of Hidalgo County, Texas, after Cantu filed an objection to the judge's assignment. *See* TEX. GOV'T CODE ANN. § 74.053.

The Court requests that the real parties in interest, J. Michael Moore and the Hidalgo County District Attorney's Office, or any others whose interest would be directly

affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten (10) days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
10th day of December, 2021.